

**United States District Court**
**Northern District of Texas**
**Office of the Clerk**
Fort Worth Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 19 2014
CLERK, U.S. DISTRICT COURT
By _____
         Deputy

May 19, 2014

John A Kuchera
Law Office of John A Kuchera
210 N 6th St
Waco, TX 76701-1313

SUBJECT:   4:11-CR-97-Y   USA vs. Christopher Blackwell   ;Presentence Information

Dear Counsel:

   Your request to view the defendant's sealed presentence report and addenda thereto is granted. Please be aware of the following information:

   1. Sentencing recommendations are never released to the parties.

   2. Your request to view all other sealed documents must be submitted to the Fifth Circuit for approval.

   3. A copy of the Statement of Reasons is also enclosed.

   You are instructed that you may not copy the report nor may you divulge the contents to anyone. Please return the enclosed copy to the District Court at the time your brief is filed.

Motions to view sealed PSI filed by pro se parties must be directed to the Fifth Circuit Court of Appeals.